**ENTERED ON DOCKET**
**MAY 0 3 2007**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| STEVEN LAURENCE MORTON, ) | CASE NO. 05-83129-CRM |
| ) | |
| Debtor. ) | |
| ) | |
| S. GREGORY HAYS, ) | |
| Chapter 7 Trustee for the Estate of ) | |
| Steven Laurence Morton, ) | |
| ) | |
| Plaintiff, ) | ADV. PROC. NO. 07-06193 |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

### CONSENT JUDGMENT ON TRUSTEE'S COMPLAINT TO AVOID AND RECOVER UNAUTHORIZED POST-PETITION TRANSFER

Contemporaneously herewith, the Court has entered the *Consent Order on Trustee's Complaint to Avoid and Recover an Unauthorized Post Petition Transfer* (the "Consent Order") granting the relief requested in the *Complaint* (Docket No. 1) filed by S. Gregory Hays, Chapter 7 Trustee for the estate of Steven Laurence Morton, (the "Plaintiff") against the Defendant the Internal Revenue Service (the "Defendant"). The Plaintiff and the Defendant having consented hereto, it is therefore hereby

2097542v1

ORDERED, that JUDGMENT is entered against the Defendant in the amount of $20,000, plus interest accruing at the legal rate from the date of entry of this Judgment, for an unauthorized post-petition transfer of money of the Debtor avoidable and recoverable by the Plaintiff pursuant to 11 U.S.C. §§ 549 and 550.

SO ORDERED in Atlanta, Georgia this 2 day of May 2007.

_____
JUDGE C. RAY MULLINS
UNITED STATES BANKRUPTCY COURT

CONSENTED TO BY:

ARNALL GOLDEN GREGORY LLP

By: _____
Neil C. Gordon
Ga. Bar No. 302387
171 17th Street N.W. Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404) 873.8596
Fax: 404.873.8597
Email: neil.gordon@agg.com
Attorneys for the Trustee

(signatures continued on next page)

2097542v1

(signatures continued from previous page)

INTERNAL REVENUE SERVICE

By: *[signature]*
Brianna B. Taylor
Ga. Bar No. 041020
Special Assistant United States Attorney
401 W. Peachtree Street, N.W.
Suite 1400, Stop 1000-D
Atlanta, Georgia 30308-3539
Telephone. (404) 338-7948
Fax. (404) 338-7928
Email: brianna.b.taylor@irscounsel.treas.gov

2097542v1

## Distribution List:

United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Neil Gordon
Arnall Golden Gregory, LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

INTERNAL REVENUE SERVICE
c/o Brianna B. Taylor
Special Assistant United States Attorney
401 W. Peachtree Street, N.W.
Suite 1400, Stop 1000-D
Atlanta, Georgia 30308-3539

2097542v1